UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HONGBO SHAO, et. al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>DEBRA L. RIDDLE, et al.,<br><br>                          Defendants. | Case No. 1:18-cv-00295-BLW<br><br>**ORDER** |

Before the Court are a number of motions filed by the Defendants in this case. Several of these motions have been mooted by the Plaintiff filing a Fourth Amended Complaint (Dkt. 79).[1] Because Defendant Richard K. Getty, R.K. Getty Corporation, and Cranberry Ridge LLC's Motion to Dismiss The Third Amended Complaint (Dkt. 59), Defendants Blackhawk Gold, LLC, Blackhawk Manager, LLC, Blackhawk on the River, LLC, Idaho State Gold Company, LLC, Idaho State Regional Center, LLC, Lemhi Gold Trust, LLC, The McCall Associates, LLC's Motion to Dismiss Third Amended Complaint (Dkt. 68), and Defendant Desert Rose Capital Management, Inc.'s Motion for Judgment on the Pleadings (Dkt. 75) all reference the now-superseded Third Amended Complaint, they will all be DENIED AS MOOT.

---

[1] The Court will allow Plaintiffs to proceed on their Fourth Amended Complaint (Dkt. 79), despite their failure to seek leave to amend under Federal Rule of Civil Procedure 15(a)(2), file the required motion to amend under Local Rule Civil Procedure 15.1, or show good cause why the Court should allow leave to amend after the scheduling order deadline to do so under Fed. R. Civ. P. 16(b)(4). Should Plaintiffs want to amend their complaint further, they must first seek leave from the Court.

ORDER – 1

## ORDER

**IT IS HEREBY ORDERED:**

1. Defendant Richard K. Getty, R.K. Getty Corporation, and Cranberry Ridge LLC's Motion to Dismiss The Third Amended Complaint (Dkt. 59) is **DENIED AS MOOT**.

2. Defendants Blackhawk Gold, LLC, Blackhawk Manager, LLC, Blackhawk on the River, LLC, Idaho State Gold Company, LLC, Idaho State Regional Center, LLC, Lemhi Gold Trust, LLC, The McCall Associates, LLC's Motion to Dismiss Third Amended Complaint (Dkt. 68) is **DENIED AS MOOT**.

3. Defendant Desert Rose Capital Management, Inc.'s Motion for Judgment on the Pleadings (Dkt. 75) is **DENIED AS MOOT**.

DATED: April 4, 2019

B. Lynn Winmill
U.S. District Court Judge