Walter H. Bithell, ISB: 1206
BITHELL LAW, PLLC
199 N. Capitol Boulevard, Suite 500
Boise, ID  83702
Phone: (208) 336-4440
Fax: (208) 344-7721
walter@bithelllaw.com

J. Justin May, ISB: 5818
Kylie L. Madsen, ISB: 9911
JOHNSON MAY
199 N. Capitol Boulevard, Suite 200
Boise, ID  83702
Phone: (208) 384-8588
Fax: (208) 853-0117
jjm@johnsonmaylaw.com
klm@johnsonmaylaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HONGBO SHAO, et al., | Case No. 1:18-cv-00295-BLW |
| Plaintiffs, | MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF CLASS NOTICE PROPOSAL |
| v. | |
| SEROFIM MUROFF, et al., | |
| Defendants. | |

Plaintiffs hereby move this Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order (1) certifying the Settlement Class for settlement purposes only; (2) approving undersigned counsel as Class Counsel for settlement purposes only; (3) approving the proposed Class Representatives for settlement purposes only; (4) granting preliminary approval of the proposed class action settlement; (5) directing notice to be disseminated to the Settlement Class in

the form and manner proposed by Plaintiffs; and (6) setting a schedule and hearing date for final approval of the settlement and related deadlines.

This Motion is made on the grounds and for the reasons that the proposed class action settlement is fair, reasonable, and adequate because the settlement resulted from arm's length negotiations. Class Counsel and Class Representatives have adequately represented the settlement class and the settlement treats all members equitably relative to one another. The relief is adequate considering the costs, risk, and delay of trial and appeal. The proposed notice plan complies with Federal Rule of Civil Procedure 23(e) and comports with due process requirements.

The Settlement Class should be certified because it satisfies the requirements of Federal Rule of Civil Procedure 23(a) and (b). The Settlement Class is sufficiently ascertainable, the Class is so numerous that joinder of all members is impracticable, there are common questions of law or fact to the Class, the representative parties' claims or defenses are typical of the class, and the representative parties will fairly and adequately protect the interests of the class. Additionally, there are common questions of law or fact amongst the Settlement Class that predominate over questions affecting individual members and the class action is superior to other methods for adjudicating the controversy.

This Motion is supported by a *Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice Proposal*, filed concurrently herewith.

DATED this 17th day of June, 2022.

                                              /s/ Walter H. Bithell
                                              WALTER H. BITHELL
                                              *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2022, I filed the foregoing MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF CLASS NOTICE PROPOSAL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Walter H. Bithell
  Walter@BithellLaw.com

- J. Justin May
  jjm@johnsonmaylaw.com

- Kylie L. Madsen
  klm@johnsonmaylaw.com

- Kelly Alfred Cameron
  kcameron@perkinscoie.com

- Sean T. Prosser
  stprosser@mintz.com

- Eric B. Swartz
  eric@jonesandswartzlaw.com

- Any others as listed on the Court's ECF Notice.

                /s/ Walter H. Bithell
                Walter H. Bithell