Walter H. Bithell, ISB: 1206
BITHELL LAW, PLLC
199 N. Capitol Boulevard, Suite 500
Boise, ID 83702
Phone: (208) 336-4440
Fax: (208) 344-7721
walter@bithelllaw.com

J. Justin May, ISB: 5818
Kylie L. Madsen, ISB: 9911
JOHNSON MAY
199 N. Capitol Boulevard, Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
jjm@johnsonmaylaw.com
kylie@johnsonmaylaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HONGBO SHAO, et al., | Case No. 1:18-cv-00295-BLW |
| Plaintiffs, | MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| v. | |
| SEROFIM MUROFF, et al., | |
| Defendants. | |

Plaintiffs hereby move this Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order that (1) certifies the Settlement Class for settlement purposes only; (2) approves undersigned counsel as Class Counsel for settlement purposes only; (3) approves the proposed Class Representatives for settlement purposes only; (4) grants final approval of the proposed Settlement; (5) denies the objections asserted in opposition to the settlement; and (6) grants Plaintiffs' request for attorney fees and costs.

MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 1

This Motion is made on the grounds and for the reasons that the proposed class action settlement is fair, reasonable, and adequate because the settlement resulted from arm's length negotiations. Class Counsel and Class Representatives have adequately represented the settlement class and the settlement treats all members equitably relative to one another. The relief is adequate considering the costs, risk, and delay of trial and appeal. The proposed notice plan complies with Federal Rule of Civil Procedure 23(e) and comports with due process requirements.

The Settlement Class should be certified because it satisfies the requirements of Federal Rule of Civil Procedure 23(a) and (b). The Settlement Class is sufficiently ascertainable, the Class is so numerous that joinder of all members is impracticable, there are common questions of law or fact to the Class, the representative parties' claims or defenses are typical of the class, and the representative parties will fairly and adequately protect the interests of the class. Additionally, there are common questions of law or fact amongst the Settlement Class that predominate over questions affecting individual members and the class action is superior to other methods for adjudicating the controversy.

This Motion is supported by a *Memorandum in Support of Motion for Final Approval of Class Action Settlement* and a *Declaration in Support of Motion for Final Approval of Class Action Settlement*, filed concurrently herewith.

DATED this 21st day of November, 2022.

    /s/ Walter H. Bithell
WALTER H. BITHELL
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2022, I filed the foregoing MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Walter H. Bithell
  Walter@BithellLaw.com

- J. Justin May
  jjm@johnsonmaylaw.com

- Kylie L. Madsen
  klm@johnsonmaylaw.com

- Kelly Alfred Cameron
  kcameron@perkinscoie.com

- Sean T. Prosser
  stprosser@mintz.com

- Eric B. Swartz
  eric@jonesandswartzlaw.com

- Any others as listed on the Court's ECF Notice.

                              /s/ Walter H. Bithell
                              Walter H. Bithell