Walter H. Bithell, ISB: 1206
BITHELL LAW, PLLC
199 N. Capitol Boulevard, Suite 500
Boise, ID  83702
Phone: (208) 336-4440
Fax: (208) 344-7721
walter@bithelllaw.com

J. Justin May, ISB: 5818
Kylie L. Madsen, ISB: 9911
JOHNSON MAY
199 N. Capitol Boulevard, Suite 200
Boise, ID  83702
Phone: (208) 384-8588
Fax: (208) 853-0117
jjm@johnsonmaylaw.com
klm@johnsonmaylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HONGBO SHAO, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>SEROFIM MUROFF, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00295-BLW<br><br>MOTION FOR APPROVAL OF ADDENDUM TO STIPULATION OF PARTIAL SETTLEMENT |

Plaintiffs hereby move this Court for an Order approving the *Addendum to Stipulation of Partial Settlement* [Dkt. 244] pursuant to this Court's *Order Preliminarily Approving Partial Settlement and Providing for Notice* (the "Order") [Dkt. 195], which provides the Court reserved the right to: (i) "approve the Partial Settlement with or without modification and with or without further notice of any kind," (ii) "enter its Final Judgment and Order approving the Partial Settlement and dismissing the Complaint, on the merits and with prejudice as to Settling

MOTION FOR APPROVAL OF ADDENDUM TO STIPULATION OF PARTIAL SETTLEMENT - 1

Defendants;" and (iii) "approve the Partial Settlement with such modifications as may be agreed upon or consented to by the Settling Parties and without further notice to the Class where to do so would not impair the Settlement Class members' rights in a manner inconsistent with Rule 23 and due process of law."

By this Motion, Plaintiffs respectfully request the Court grant the *Motion for Approval of Addendum to Stipulation for Partial Settlement* and the *Motion for Final Approval of Class Action Settlement* and issue an Order that (1) grants final approval of the *Stipulation of Partial Settlement* with the terms of the *Addendum to Stipulation of Partial Settlement* incorporated therein; (2) grants Plaintiffs' request for attorney fees and costs; and (3) grants any such other request as set forth in the *Motion for Final Approval of Class Action Settlement* that has not yet been addressed by this Court.

This Motion is supported by a *Memorandum in Support of Motion for Approval of Addendum to Stipulation of Partial Settlement*, filed concurrently herewith.

DATED this 3rd day of June, 2024.

BITHELL LAW PLLC


                    /s/ Walter H. Bithell
WALTER H. BITHELL
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2024, I filed the foregoing MOTION FOR APPROVAL OF ADDENDUM TO STIPULATION OF PARTIAL SETTLEMENT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Walter H. Bithell
  Walter@BithellLaw.com

- J. Justin May
  jjm@johnsonmaylaw.com

- Kylie L. Madsen
  klm@johnsonmaylaw.com

- Kelly Alfred Cameron
  kcameron@perkinscoie.com

- Sean T. Prosser
  stprosser@mintz.com

- Eric B. Swartz
  eric@jonesandswartzlaw.com

- Any others as listed on the Court's ECF Notice.


/s/ Walter H. Bithell
Walter H. Bithell